# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| THOMAS, CLARENCE | UNITED STATES SUPREME COURT | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ASSOCIATE JUSTICE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. SUPREME COURT
1 FIRST STREET, N.E.
WASHINGTON, D. C. 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Horatio Alger Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/7/11 | Creighton University School of Law - teaching | $15,000.00 |
| 2. 8/30/11 | George Washington University School of Law - teaching | $10,000.00 |
| 3. 9/21/11 | University of Georgia School of Law - teaching | $1,955.00 |
| 4. 11/9/11 | Grove City College - charitable donation in lieu of honorarium | $2,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | The Daily Caller - salary |
| 2. 2011 | Liberty Consulting, Inc. - salary and benefits |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Legatus and Ava Maria University | 2/3-2/5/11 | Naples, FL | Speech, Q&A | Transportation/meals and accommodations |
| 2. | Creighton University College of Law | 2/7-2/11/11 | Omaha, NE | Teaching | Transportation/meals and accommodations |
| 3. | University of Nebraska College of Law | 5/7/11 | Lincoln, NE | Commencement Speech | Transportation/meals and accommodations |
| 4. | New York University School of Law | 7/12-7/15/11 | Buenos Aires, Argentina | Conference | Transportation/meals and accommodations |
| 5. | University of Nebraska | 9/14-9/16/11 | Lincoln, NE and Omaha, | Teaching | Transportation/meals and |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | University of Georgia School of Law | 9/21-9/23/11 | Athens, GA | Teaching | Transportation/meals and accommodations |
| 7. | Grove City College | 11/15-11/16/11 | Grove City, PA | Speech | Transportation/meals and accommodations |
| 8. | New Haven Legal Assistance Association and Yale Law School | 12/14/11 | New Haven, CT | Meetings, teaching | Transportation/meals and accommodations |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONY Annuity | | None | J | T | | | | | |
| 2. 1/3 int. in rental property, Liberty Cty, GA (Y) | B | Rent | J | W | | | | | |
| 3. TD AmeriTrade, Omaha, NE (formerly First Trust Corporation) | | None | J | T | | | | | |
| 4. AIG Sun America - Jersey City, NJ | | None | J | T | | | | | |
| 5. Ginger, LTD., Partnership | E | Rent | N | W | | | | | |
| 6. Fidelity 403(b) | | None | K | T | | | | | See explanation in VIII |
| 7. Geller & Company LLC NY, NY (403(b) & 401(k) (Y) | | None | N | T | | | | | See explanation in VIII |
| 8. Liberty Consulting, Inc. | | None | J | T | | | | | |
| 9. Wisdomtree Trust Emerging Markets L | B | Dividend | K | T | Buy | 02/11/11 | K | | |
| 10. ETFS Gold Trust | | None | K | T | Buy | 02/11/11 | K | | |
| 11. Europacific Growth Fund | A | Dividend | J | T | Buy | 02/11/11 | K | | |
| 12. AMCAP Fund Class F2 | A | Dividend | K | T | Buy | 03/02/11 | K | | |
| 13. Pioneer Series Trust III Cullen Value F | A | Dividend | J | T | Buy | 01/19/11 | K | | |
| 14. Pioneer Series Trust III Cullen Value F | | | | | Sold (part) | 03/02/11 | J | A | |
| 15. Capital World Growth & Income Fund Class A | A | Dividend | K | T | Buy | 02/11/11 | K | | |
| 16. Delaware Emerging Markets Class A | A | Dividend | J | T | Buy | 02/11/11 | K | | |
| 17. Dodge & Cox Intl Stock mutual fund | A | Dividend | J | T | Buy | 03/04/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Franklin Gold & Precious Metals | B | Dividend | K | T | Buy | 10/26/11 | K | | |
| 19. Franklin Gold & Precious Metals | | | | | Buy | 12/12/11 | K | | |
| 20. FMI Funds Inc Large Cap Fund | A | Dividend | K | T | Buy | 03/04/11 | K | | |
| 21. Eagle Mid Cap Stocfk Class A | | None | J | T | Buy | 01/19/11 | J | | |
| 22. Eagle Mid Cap Stock Class A | | | | | Buy | 03/02/11 | J | | |
| 23. Ivy Energy Class A | | None | J | T | Buy | 10/26/11 | J | | |
| 24. Keeley Small Cap Value Class A | | None | J | T | Buy | 01/19/11 | J | | |
| 25. T Rowe Price Emerging Markets Stock | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 26. T Rowe Price Emerging Markets Stock | | | | | Sold (part) | 03/02/11 | J | | |
| 27. Royce Value Fund Investment Class | A | Dividend | J | T | Buy | 03/04/11 | J | | |
| 28. Templeton China World Class A | A | Dividend | J | T | Buy | 02/11/11 | K | | |
| 29. Thornburg Investment Intl Value Class A | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 30. Thornburg Investment Intl Value Class A | | | | | Sold (part) | 03/02/11 | J | A | |
| 31. Wisdomtree Trust Emerging Markets E | A | Dividend | J | T | Buy | 02/11/11 | K | | |
| 32. SPDR Gold Trust Gold Shares | | None | K | T | Buy | 02/11/11 | K | | |
| 33. Ishares Silver Trust | | None | K | T | Buy | 02/11/11 | K | | |
| 34. Ishares Silver Trust | | | | | Buy | 12/12/11 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
    (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
    (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Short Term Corporate Bond ETF | A | Dividend | J | T | Buy | 10/14/11 | J | | |
| 36. Short Term Bond Fund of America Class A | A | Dividend | K | T | Buy | 01/19/11 | K | | |
| 37. Delaware Diversified Income Class A | B | Dividend | K | T | Buy | 01/19/11 | K | | |
| 38. Franklin Templeton Global Tr Hard Currency | C | Dividend | L | T | Buy | 02/11/11 | L | | |
| 39. Franklin Templeton Global Tr Hard Currency | | | | | Buy | 10/14/11 | J | | |
| 40. Franklin Templeton Global Tr Hard Currency | | | | | Buy | 12/12/11 | J | | |
| 41. Franklin Templeton Global Tr Hard Currency | | | | | Buy | 12/19/11 | J | | |
| 42. Advisors Inner Circle Perimeter Small Cap | | None | | | Buy | 01/19/11 | J | | |
| 43. Advisors Inner Circle Perimeter Small Cap | | | | | Sold | 03/02/11 | | A | |
| 44. JP Morgan Mid Cap Value A | | None | | | Buy | 01/19/11 | J | | |
| 45. JP Morgan Mid Cap Value A | | | | | Sold | 03/02/11 | | A | |
| 46. Ivy Funds Capital Appreciation Fund Class 1 | | None | | | Buy | 01/19/11 | K | | |
| 47. Ivy Funds Capital Appreciation Fund Class 1 | | | | | Sold | 03/02/11 | | A | |
| 48. Global X Funds Silver Miners | | None | | | Buy | 02/11/11 | K | | |
| 49. Global X Funds Silver Miners | | | | | Sold | 05/17/11 | | | |
| 50. SPDR Index Shares Fund Global Natural Resources ETF | | None | | | Buy | 02/11/11 | K | | |
| 51. SPDR Index Shares Fund Global Natural Resources ETF | | | | | Sold | 05/17/11 | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)        F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2. Value Codes        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)        N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
        P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. SPDR Series Trust S&P Oil & Gas Exp & Prod | A | Dividend | | | Buy | 02/11/11 | K | | |
| 53. SPDR Series Trust S&P Oil & Gas Exp & Prod | | | | | Sold | 05/17/11 | | | |
| 54. Market Vectors ETF Tr Gold Miners Fund | | None | | | Buy | 02/11/11 | K | | |
| 55. Market Vectors ETF Tr Gold Miners Fund (GDX) | | | | | Sold | 10/14/11 | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 6 & 7 - These accounts rolled over to the retirement accounts listed in lines 9 through 55 of Part VII. The Fidelity 403(b) account listed on line 6 of Part VII was rolled over on December 1, 2011. The value code for this transaction was K. The Geller accounts listed on line 7 of Part VII were rolled over in two transactions. The first transaction was January 14, 2011, with a value code of M. The second transaction was on February 10, 2011, with a value code of N.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544